■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VELASQUEZ, Appellant. [807 NYS2d 298]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered June 6, 2003, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

There is no basis for reducing defendant's conviction to a lesser offense in the interest of justice. While this Court has reduced convictions in the interest of justice for the purpose of correcting errors (*see e.g. People v Rosale*, 227 AD2d 185 [1996]), we do not consider it appropriate to do so for the purpose of granting dispensations from mandatory sentencing statutes. Concur—Mazzarelli, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES THOMAS, Appellant. [807 NYS2d 298]—Judgment, Supreme Court, New York County (Eduardo Padre, J., at plea; John Cataldo, J., at sentence), rendered on or about September 29, 2003, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Mazzarelli, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.